IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Matthew Dionysius, *Individually, on behalf of himself and on behalf of others similarly situated*,<br><br>   Plaintiff,<br><br>v.<br><br>Volvo Car USA, LLC,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CA No. 2:23-cv-06791-BHH<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT AND REQUEST FOR EXTENSION**

Plaintiffs and Defendant Volvo Car USA LLC ("Defendant" or "Volvo") (collectively the "Parties"), hereby jointly request additional time to submit their motion to approve settlement in the above-captioned case. In support of this Motion, the parties assert the following:

1. The Parties recently reached an agreement to resolve the above-captioned case.

2. Given that Plaintiffs' claims are based on the Fair Labor Standards Act, the Parties intend to submit a motion to approve the settlement once a formal settlement agreement has been prepared and signed.

3. On December 9, 2025, the Court granted the Parties' request to submit a motion to approve the settlement by January 7, 2026. (ECF 50.)

4. In the interim, an additional opt-in Plaintiff was discovered, and Defendant has consented to that individual's inclusion.

5. The Parties have agreed on the language of the settlement agreement but need additional time to prepare their motion to approve.

6. Based on the above, the parties seek an extension, through January 23, 2026, to submit their motion to approve.

7. Given the nature of the relief requested, the Parties believe the Court will rule on this request via text order, so no proposed order is being sent along with this Motion. Should the Court request or require a proposed order, counsel for the Parties will prepare one.

Respectfully submitted this 7th day of January 2026.

| MULLANEY LAW | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| *s/Marybeth Mullaney* | *s/William L. Duda* |
| Marybeth Mullaney (Fed. ID No. 11162) | William L. Duda (Fed. ID No. 7740) |
| 652 Rutledge Avenue, Suite A | First Base Building |
| Charleston, SC 29403 | 2142 Boyce Street, Suite 401 |
| 843.588.5587 (telephone) | Columbia, SC 29201 |
| 843.593.9334 (facsimile) | 803.252.1300 (telephone) |
| marybeth@mullaneylaw.net | 803.254.6517 (facsimile) |
| | bill.duda@ogletree.com |

JACKSON, SHIELDS, HOLT, OWEN & BRYANT

J. Russ Bryant
Joshua Autry
262 German Oak Drive
Memphis, TN 38018
901.754.8001 (telephone)
901.754.8524 (facsimile)
rbryant@jsyc.com
jautry@jsyc.com
(*Pro Hac Vice Admission Pending*)